# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 07-cv-00380-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff,

v.

H.A. RIOS, JR.,
MICHAEL K. NALLEY, and
HARRELL WATTS,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 3 0 2007

GREGORY C. LANGHAM
                  CLERK

---

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated March 29, 2007, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-00380-REB-PAC

George E. Florence
Reg. No. 98316-131
FCI - Florence
PO Box 6000
Florence, CO 81226

H.A. Rios, Jr. - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

Michael K. Nalley, Regional Director - CERTIFIED
North Central Regional Office
Tower 28th Floor
400 State Avenue
Kansas City, KS 66101-2492

Harrell Watts, Administrator - CERTIFIED
National Inmate Appeals
Federal Bureau of Prisons
320 First Street, NW
Washington, DC 20534

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Snysvoll for service of process on H.A. Rios, and to Michael Nalley, Harrell Watts, The United States Attorney General, and the United States Attorney's Office: AMENDED COMPLAINT FILED 3/12/07, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/30/07.

GREGORY C. LANGHAM, CLERK

By: _____
     Deputy Clerk