IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00380-REB-KLM

GEORGE E. FLORENCE,

    Plaintiff,

v.

H.A. RIOS, JR.,
MICHAEL K. NALLEY, and
HARRELL WATTS,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

    This matter is before me on: 1) **Defendant Rios' Motion To Dismiss** [#22], filed June 12, 2007; 2) **Defendant Michael K. Nalley's Motion To Dismiss** [#23], filed June 12, 2007; 3) **Defendant Harrell Watts' Motion To Dismiss** [#24], filed June 12, 2007; 4) the **Recommendation of United States Magistrate Judge** [#36], filed October 12, 2007; and 5) **Plaintiff's Affidavit in Support of His Opposition To Recommendation of United States Magistrate Judge Kristen L. Mix** [#37], filed October 26, 2007. I overrule the objection, adopt the recommendation, and grant the defendants' motions to dismiss.

    As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable case law. In addition, because the plaintiff is proceeding *pro se*, I have construed his filings generously and with the leniency due *pro se*

litigants.  See **Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The magistrate judge's recommendation is detailed and well-reasoned.  The plaintiff's objections are imponderous and without merit.  Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Recommendation of United States Magistrate Judge** [#36], filed October 12, 2007, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the **Plaintiff's Affidavit in Support of His Opposition To Recommendation of United States Magistrate Judge Kristen L. Mix** [#37], filed October 26, 2007, is **OVERRULED**;

3.  That **Defendant Rios' Motion To Dismiss** [#22], filed June 12, 2007, is **GRANTED**;

4.  That **Defendant Michael K. Nalley's Motion To Dismiss** [#23], filed June 12, 2007, is **GRANTED**;

5.  That **Defendant Harrell Watts' Motion To Dismiss** [#24], filed June 12, 2007, is **GRANTED**.

Dated February 25, 2008, at Denver, Colorado.

            **BY THE COURT:**

            s/ Robert E. Blackburn
            **Robert E. Blackburn**
            **United States District Judge**